UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re: )  CASE NO. 4:23-bk-06280 SHG
)
)  CH. 11 POST-CONFIRMATION REPORT
ORETEST INTERNATIONAL, LLC )
)  __X__ QUARTERLY  _____ FINAL
)       (PLEASE CHECK)
)  QUARTER ENDING: __June 30 2024 (2nd Qtr)__
)
_____Debtor(s)_____)  DATE PLAN CONFIRMED: __May 30 2024__

## SUMMARY OF DISBURSEMENTS:

A. Disbursements made under the plan, for current calendar quarter:   $ __0__

B. Disbursements not under the plan, for current calendar quarter:   $ __55,790.83__

    Total Disbursements (calendar quarter):   $ __55,790.83__

ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, BE THEY UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.

PLEASE ANSWER THE FOLLOWING:

1. What are your projections as to your ability to comply with the terms of the plan?

   __Plan should and will be easily maintained throughout__

2. Please describe any factors which may materially affect your ability to obtain a final decree.

   __Barring personal injury or death, a final decree will be obtained__

3. If plan payments have not yet begun, please indicate the date that the first plan payment is due.

   __14 July 2024__

## SUMMARY OF AMOUNTS DISTRIBUTED UNDER THE PLAN:

| A. FEES AND EXPENSES: | Current Quarter | Paid to Date | Balance Due |
|---|---|---|---|
| 1. Disbursing Agent Compensation | $ 0 | $ 0 | $ 0 |
| 2. Fee for Attorney for Trustee | $ 0 | $ 0 | $ 0 |
| 3. Fee for Attorney for Debtor | $ 0 | $ 0 | $ 40,259.13 |
| 4. Other Professionals | $ 0 | $ 0 | $ 4,250.00 |
| 5. All Other Expenses | $ 0 | $ 0 | $ 0 |
| **B. DISTRIBUTIONS:** | | | |
| 6. Secured Creditors | $ 0 | $ 0 | $ 117,455.97 |
| 7. Priority Creditors | $ 0 | $ 0 | $ 0 |
| 8. Unsecured Creditors | $ 0 | $ 0 | $ 210,502.06 |
| 9. Equity Security Holders | $ 0 | $ 0 | $ 0 |
| 10. Other Payments- Specify Class of Payee: | $ 0 | $ 0 | $ 0 |
|  | $ 0 | $ 0 | $ 0 |
|  | $ 0 | $ 0 | $ 0 |
| **TOTAL PLAN DISBURSEMENTS** | $ 0 | $ 0 | $ 372,467.16 |

(Report Sum of Lines 1 - 10, *current quarter column*, on page 1, A.)

C. Percentage Dividend to be Paid to Unsecured Creditors Under Plan: __100__ %

## SUMMARY OF PROPERTY TRANSFERRED UNDER THE PLAN:

**Description of Property**

Secured Creditors: _____

Priority Creditors: _____

Unsecured Creditors: _____

Equity Security Holders: _____

Other Transfers- Specify class of Transferee

_____

_____

**CONSUMMATION OF PLAN:**

If this is a final report, has an application for Final Decree been submitted?

_____ Yes        Date application was submitted: _____

\_\_\_X\_\_\_ No         Date when application will be submitted: _____

Estimated Date of Final Payment Under Plan: _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNED: _[signature]_                    DATE: __08 July 2024__

__David Clare__
(PRINT NAME)